NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTOR L. COSTNER,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7063

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-3400, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

The Secretary of Veterans Affairs moves for a 14-day extension of time, until April 11, 2013, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

VICTOR COSTNER V. SHINSEKI                                              2

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21